UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WALTER H. ROSS, SR. AND | * | CIVIL ACTION NO.: 2:14-cv-1161 |
| HELEN J. ROSS | * | |
| | * | |
| VERSUS | * | SECTION: _____ |
| | * | |
| REILLY BENTON, INC. | * | MAGISTRATE JUDGE: _____ |
| EAGLE, INC. | * | |
| MCARTY CORPORATION | * | |
| TAYLOR-SEIDENBACH, INC. | * | |
| OWENS-ILLINOIS, INC. | * | |
| FOSTER-WHEELER CORP. | * | |
| RUST ENGINEERING | * | |
| ENTERGY NEW ORLEANS, INC., | * | |
| SUCCESSOR TO NEW ORLEANS | * | |
| PUBLIC SERVICE, INC. | * | |
| HUNTINGTON INGALLS, INC. | * | |
| CBS CORPORATION | * | |
| GENERAL ELECTRIC COMPANY | * | |
| HESS CORPORATION | * | |
| ONE BEACON AMERICA INSURANCE | * | |
| COMPANY | * | |
| NATIONA SERVICE INDUSTRIES, INC. | * | |
| INGERSOLL-RAND | * | |
| FLUOR CORPORATION | * | |
| MISSISSIPPI POWER COMPANY | * | |
| FMC CORPORATION (individually and as | * | |
| Successor in interest to PEERLESS PUMPS) | * | |
| THE ROYAL INSURANCE COMPANY | * | |

**********************************************************************

## NOTICE OF REMOVAL

Rust Engineering & Construction Inc. as successor to The Rust Engineering Company ("Rust"), pursuant to 28 U.S.C. § 1441, 1442, and 1446, notices the removal of the above-entitled action bearing No. 14-3622, Division "A", Section "15" on the docket of the Civil District Court of New Orleans for the Parish of Orleans, State of Louisiana (hereinafter the "State Case") to the United States District Court for the Eastern District of Louisiana. This is a civil action which this Court has original jurisdiction under 28 U.S.C. §1331. Rust was at all

materials times, acting under an officer of the United States as set forth in 28 U.S.C. 1442(a)(1). The grounds for removal are as follows:

## 1.

Venue of the removed action is proper in this Court as it is the district court for where the State Case is pending, pursuant to 28 U.S.C. §1441(a).

## 2.

Rust is a named defendant in the State Case, which was served on them on or after April 21, 2014. This Notice of Removal is therefore timely filed because it is filed within thirty (30) days after service of process setting forth the claim for relief upon which the instant action is based. *See* 28 U.S.C. §1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999).

## 3.

A copy of Plaintiff's Original Petition for Damages is attached hereto as Exhibit "A." According to the Petition for Damages, Walter Ross was employed by Mason-Rust Engineering from November 1963 until 1975 at the NASA Michoud Assembly Facility in New Orleans, Louisiana. Plaintiff alleges exposure to asbestos-containing materials while employed by Mason-Rust Engineering at the Michoud facility and that he subsequently contracted pseudomesotheliomatous adenocarcinoma.

## 4.

Removal pursuant to 28 U.S.C. 1442(a)(1) is appropriate where the moving party (1) demonstrates that it is a "person" within the meaning of the statute; (2) demonstrates that it acted under the direction of a federal officer, meaning there is a nexus or causal connection between plaintiff's claims and its actions; and (3) raises a colorable federal defense to plaintiff's claims.

*Mesa v. California*, 489 U.S. 121, 129, 131 (1989).

**5.**

Corporations, such as Defendant, are "persons" for the purpose of 28 U.S.C. §1442(a). *Winters v. Diamond Shamrock Chem. Co.*, 149 F.3d 387, 397-98 (5th Cir. 1998); *Dupre v. Todd Shipyards Corp.*, No. 11-2097, 2011 WL 4551439 at *5 (E.D. La. Sept. 29, 2011).

**6.**

During Plaintiff's alleged exposure period and employment with Mason-Rust, a successor of The Rust Engineering Company, Rust had a maintenance contract to perform various services at the Michoud Assembly Facility.  As such, Defendant was acting under the direction of an officer of the United States within the meaning of 28 U.S.C. §1442(a)(1).

**7.**

The United States government acquired the land where the Michoud facility is located by condemnation between 1951-1952.  *United States v. Michoud Indus. Facilities*, 322 F. 2d, 698, 703 (5th Cir. 1963).  In the early 1960's, the property was transferred by the federal government to National Aeronautics and Space Administration (NASA) to maintain the federal government's national space program.  *Wood v. Am. Crescent Elevator Corp.*, CIV.A. 11-397, 2011 WL 1870218 (E.D. La. May 16, 2011).  In performance of its functions NASA is authorized "to acquire (by purchase, lease, condemnation, or otherwise), construct, improve, repair, operate, and maintain laboratories, research and testing sites and facilities, aeronautical and space vehicles, quarters and related accommodations for employees and dependents of employees of the Administration, and such other real and personal property (including patents), or any interest therein, as the Administration deems necessary within and outside the continental United States."  42 U.S.C. §2473 (c)(3).  NASA has the authority to enter into contracts as may be necessary in

order to conduct its work.  *Id.* at Subsection (5).

**8.**

Mason-Rust entered into a contract with the United States of America on December 29, 1961 as a support service contractor.  This contract was in place until about or around August 1975.  During the relevant years Rust's use of any asbestos-containing materials would have been done in accordance with its contract and under the direction of NASA's requirements and regulations.

**9.**

Rust qualifies as a person "acting under any officer of the United States or any agency thereof" pursuant to 28 U.S.C. 1442(a)(1) and the State Case is therefore removable to this Court because Rust can raise a federal defense, *i.e.*, immunity under the "Government Contractor Defense".  *Boyle v. United Technologies Corporation*, 487 U.S. 500, S. Ct. 2510, 101 L. Ed. 2d 442 (1988); *Niemann v. McDonnell Douglas Corp.,* 721 F. Supp. 1019 (S.D. Ill. 1989); *Lalonde v. Delta Field Erection*, CIV.A.96-3244-B-M3, 1998 WL 34301466 (M.D. La. Aug. 6, 1998); *McFarlain v. Northrop Grumman Systems*, case no. 05-1406 (M.D. La.).  Rust may also raise and rely on other defenses and immunities available under the Defense Production Act of 1950, 50 U.S.C. §2061, *et. seq.* and any other federal act relating to the design, construction, and operation and/or maintenance of a premise.

**10.**

Removal under 28 U.S.C. 1442 does not require consent of any served defendant.  The Fifth Circuit has held that the "filing of a petition for removal by a single federal officer removes the entire case to the federal court."  *Fowler v. Southern Bell Tel. & Tel. Co.*, 343 F. 2d. 150, 152 (5th Cir. Ga. 1965)(citing *Allman v. Hanley*, 5 Cir., 1962, 302 F. 2d 559).

**11.**

Concurrent with the filing of this Notice of Removal, written notices have been given to all adverse parties and a copy of this Notice of Removal is being filed with the Clerk of Court, Civil District Court for the Parish of Orleans, State of Louisiana.

**WHEREFORE**, Rust Engineering & Construction Inc. as successor to The Rust Engineering Company hereby gives notice that the proceeding bearing number No. 14-3622, Division "A", Section "15" in Civil District Court Parish of Orleans, State of Louisiana is removed therefrom to the docket of this Honorable Court for trial and determination as provided by law.

Rust Engineering & Construction Inc. as successor to The Rust Engineering Company further prays that this Honorable Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in the State Case, and thereupon proceed with this civil action as if it had originally commenced in this Court.

Respectfully submitted,

**SULZER & WILLIAMS, LLC**

RICHARD P. SULZER, La. Bar #21150
rsulzer@sulzerandwilliams.com
ROBERT E. WILLIAMS, IV, La. Bar #19217 – T.A.
rwilliams@sulzerandwilliams.com
CHRISTINA L. FALCO, La. Bar #31150
cfalco@sulzerandwilliams.com
201 Holiday Boulevard, Suite 335
Covington, Louisiana 70433
Telephone: (985) 898-0608
Facsimile:  (985) 898-0871
*Attorneys for Rust Engineering & Construction Inc.*
*as successor to The Rust Engineering Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record by the court's CM/ECF system, facsimile, electronic mail or by placing same in the United States mail, postage prepaid and properly addressed, this **21**[st] day of **May**, 2014.

_____
CHRISTINA L. FALCO

Hon. Tiffany G. Chase
Civil District Court, Division "A", Section "15"
421 Loyola Avenue, Room 304a
New Orleans, LA  70112

Civil District Court, Clerk of Court
Ms. Dale Atkins
421 Loyola Avenue, Room 402
New Orleans, LA  70112

Martzell & Bickford                          Attorneys for plaintiffs, Walter H. Ross, Sr.
Roshawn H. Donahue                           and Helen J. Ross
338 Lafayette Street
New Orleans, La 70130

Kuchler, Polk, Schell, Weiner & Richeson     Attorneys for defendant, 3M Corporation
Thomas A. Porteous
1615 Poydras Street, Suite 1300
New Orleans, Louisiana  70112

Frilot, L.L.C.                               Attorneys for defendant, CBS Corp.
Angela M. Bowlin
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163

Simon, Peragine, Smith & Redfearn, L.L.P.    Attorneys for defendant, Eagle, Inc.
April A. McQuillar
1100 Poydras Street, 30th Floor
New Orleans, Louisiana  70163-3000

Entergy New Orleans                          Attorneys for defendant, Entergy New.
Cory R. Cahn                                 Orleans, Inc
639 Loyola Avenue, 26th Floor
New Orleans, Louisiana  70113

Aaron & Gianna, PLCA                          Attorneys for defendant, Fluor Corporation
John D. Person
201 St. Charles Avenue, Suite 3800
New Orleans, Louisiana  70170

Frilot, L.L.C.                                Attorneys for defendant, FMC Corporation
Angela M. Bowlin
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163

Frilot, L.L.C.                                Attorneys for defendant, Foster Wheeler, LLC
Angela M. Bowlin
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163

Frilot, L.L.C.                                Attorneys for defendant, General Electric
Angela M. Bowlin                              Company
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163

Liskow & Lewis                                Attorneys for defendant, Hess Corporation
Nora B. Bilbro
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139

Blue Williams, L.L.P.                         Attorneys for defendant, Huntington Ingalls
Brian Bossier                                 Incorporated
Edwin Ellinghausen
3421 North Causeway Boulevard, Suite 900
Metairie, Louisiana 70002

Henchy, Verbois & Hackenberg, LLC             Attorneys for Louisiana Insurance Guaranty
E. Scott Hackenberg                           Association
7904 Wrenwood Boulevard
Baton Rouge, Louisiana 70809

Simon, Peragine, Smith & Redfearn, L.L.P.     Attorneys for defendant, McCarty Corporation
Susan B. Kohn
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163

Balch & Bingham, LLC                          Attorneys for defendant, Mississippi Power
Matthew W. McDade                             Company
1310 25th Avenue
Gulfport, Mississippi 39501

*Unknown*                                     National Service Industries, Inc.

Taylor, Wellons, Politz & Duhe, APLC          Attorneys for defendant, OneBeacon
Samuel M Rosamond, III                        America Insurance Company
Adam D. deMahy
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112

Forman Perry Watkins Krutz & Tardy, PLLC      Attorneys for defendant, Owens-Illinois, Inc.
Forrest Ren Wilkes
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112

Willingham, Fultz & Cougill, LLP              Attorneys for defendant, Reilly-Benton, Inc.
Thomas L. Cougill
8550 United Plaza Boulevard, Suite 702
Baton Rouge, Louisiana 70809

Willingham, Fultz & Cougill, LLP
Jeanette S. Riggins
5625 Cypress Creek Parkway, 6th Floor
Houston, Texas 77069

Pugh, Accardo, Haas, Radecker,                Attorneys for defendant, Royal Insurance
Carey and Hymel, LLC                          Company
Margaret Joffe
Jacqueline A. Romero
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163

Hailey, Mcnamara, Hall, Larmann               Attorneys for defendant, Taylor-Seidenbach, Inc.
& Papale, L.L.P.
C. Kelley Lightfoot
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001

_____
CHRISTINA L. FALCO